UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID JOSEPH, ROBERT MACIASZ,
ANTHONY MANDERACHIA, DENNIS
SZOKOLA, EDWARD TUTTLE, WILLIE
E. WORTHEN,

    Plaintiff,

Civil Action No. 06-10274

Honorable Denise Page Hood

v.

FORD MOTOR COMPANY,

    Defendant.
_____/

## JUDGMENT

This action having come before the Court, the issues having been duly tried and the Court having rendered its findings of facts and conclusions of law,

Accordingly,

Judgment is entered of no cause of action against Plaintiffs David Joseph, Robert Maciasz, Anthony Manderachia, Dennis Szokola, Edward Tuttle and Willie E. Worthen and in favor of Defendant Ford Motor Company.

    DAVID J. WEAVER
    CLERK OF COURT

Approved:                                  By: s/LaShawn Saulsbery
                                                   Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: July 17, 2013